**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DATA CARRIERS LLC,<br><br>   Plaintiff,<br><br> v.<br><br>AVON PRODUCTS INC.,<br><br>   Defendant. | C.A. No. 13-784-LPS |
| DATA CARRIERS LLC,<br><br>   Plaintiff,<br><br> v.<br><br>BEST BUY CO. INC.,<br><br>   Defendant. | C.A. No. 13-785-LPS |
| DATA CARRIERS LLC,<br><br>   Plaintiff,<br><br> v.<br><br>FOOT LOCKER INC.,<br><br>   Defendant. | C.A. No. 13-786-LPS |

| | |
|---|---|
| DATA CARRIERS LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ESTEE LAUDER INC.,<br><br>        Defendant. | C.A. No. 13-787-LPS |
| DATA CARRIERS LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>GILT GROUPE INC.,<br><br>        Defendant. | C.A. No. 13-788-LPS |
| DATA CARRIERS LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>HOSPIRA INC.,<br><br>        Defendant. | C.A. No. 13-789-LPS |
| DATA CARRIERS LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>J. CREW GROUP INC.,<br><br>        Defendant. | C.A. No. 13-790-LPS |

| | |
|---|---|
| DATA CARRIERS LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>NORDSTROM INC., et. al.,<br><br>      Defendants. | C.A. No. 13-791-LPS |
| DATA CARRIERS LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>PC CONNECTION INC.,<br><br>      Defendant. | C.A. No. 13-792-LPS |
| DATA CARRIERS LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>PCM INC.,<br><br>      Defendant. | C.A. No. 13-793-LPS |
| DATA CARRIERS LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>PEAPOD LLC,<br><br>      Defendant. | C.A. No. 13-794-LPS |

| | |
|---|---|
| DATA CARRIERS LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>SAKS DIRECT LLC,<br><br>      Defendant. | C.A. No. 13-795-LPS |
| DATA CARRIERS LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>SYSTEMAX INC.,<br><br>      Defendant. | C.A. No. 13-796-LPS |
| DATA CARRIERS LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>URBAN OUTFITTERS (DELAWARE) INC., et. al.<br><br>      Defendants. | C.A. No. 13-797-LPS |
| DATA CARRIERS LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>VICTORIA'S SECRET DIRECT LLC,<br><br>      Defendant. | C.A. No. 13-798-LPS |

| | |
|---|---|
| DATA CARRIERS LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>WAYFAIR LLC<br><br>      Defendant. | C.A. No. 13-799-LPS |
| DATA CARRIERS LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>WILLIAMS-SONOMA INC.,<br><br>      Defendant. | C.A. No. 13-800-LPS |
| DATA CARRIERS LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>W.W. GRAINGER INC.,<br><br>      Defendant. | C.A. No. 13-801-LPS |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Data Carriers LLC states that it does not have a parent corporation. There is no publicly held corporation owning 10% or more of Data Carriers LLC's stock.

| | |
|---|---|
| May 16, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ Stephen B. Brauerman (sb4952)<br>Richard D. Kirk (rk0922) |
| Paul V. Storm<br>Sarah M. Paxson<br>GARDERE WYNNE SEWELL LLP<br>1601 Elm Street, Suite 3000<br>Dallas, Texas 75201<br>(214) 999-3000<br>pvstorm@gardere.com<br>spaxson@gardere.com | Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com |
| | *Attorneys for Plaintiff Data Carriers LLC* |